**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BLY OSBORNE,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | Case No. 1:05CV18 GH/JFF |
| | * | |
| **RICHARD HAWKINS AND** | * | |
| **DAVID FIELDER,** | * | |
| | * | |
| Defendants | * | |

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge John F. Forster, Jr. There have been no objections filed. After careful review of the Proposed Findings and Recommended Disposition, as well as a <u>de</u> <u>novo</u> review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, Plaintiff's Motion for Release (docket entry #8) and Motion to Halt (docket entry #9) are DENIED.

IT IS SO ORDERED, this 7th day of December, 2005.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE