# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY BLY OSBORNE,** | * | |
| **Plaintiff** | * | |
| V. | * | Case No. 1:05CV00018 JLH/BD |
| **RICHARD HAWKINS AND DAVID FIELDER,** | * | |
| **Defendants** | * | |

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Motions for Summary Judgment by separate Defendants Hawkins and Fielder (docket entries # 34 and # 37) are GRANTED, and the Plaintiff's Amended Complaint (docket entry #2) is DISMISSED WITH PREJUDICE.

DATED this 24th day of May, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE